01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT G. GARDNER,                    )    CASE NO. C07-0643-RSL
                                      )
        Petitioner,                   )
                                      )
    v.                                )    ORDER GRANTING PETITION
                                      )    FOR WRIT OF HABEAS CORPUS
ROBERT J. PALMQUIST, Warden,          )
Federal Detention Center, et al.,     )
                                      )
        Respondents.                  )
_____)

        The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

response thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United

States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find

and Order:

        (1)    The Court adopts the Report and Recommendation.

        (2)    The petition for writ of habeas corpus (Dkt. No. 3) is GRANTED.

        (3)    Within 14 days of this Order, the Bureau of Prisons is directed to reconsider

               petitioner's request for transfer to a halfway house or similar facility, based upon

               the factors outlined in 18 U.S.C. § 3621(b), without regard to the time limits set

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1

01  forth in 28 C.F.R. § 570.21.

02  (4)  The Clerk is directed to send copies of this Order to all counsel of record and to

03  Judge Theiler.

04  DATED this 3rd day of August, 2007.

05

06  _Mhr S Lasnik_

06  Robert S. Lasnik
    United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2